## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

BIANCA BELE MARTINEZ GONZALEZ   CIVIL DOCKET NO. 3:26-CV-0686

VERSUS                          JUDGE DAVID C. JOSEPH

BRIAN ACUNA ET AL               MAGISTRATE JUDGE DAVID J. AYO

### ORDER

Considering Petitioner Bianca Bele Martinez Gonzalez's MOTION TO VOLUNTARY DISMISS HABEAS PETITION (the "Motion") [Doc. 8];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Bianca Bele Martinez Gonzalez is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 21st day of May 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE